UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

**Joseph Montagno**,
*Plaintiff*

*v.*                                                                                          Civil Action No. 2:16-cv-232

**City of Burlington**,
*Defendant*

## Joint Motion to Stay Deadline for the Submission of a Discovery Schedule

The parties to this action jointly move the Court for an order staying the deadline for the submission of a Local Rule 26(a) discovery schedule until 30 days after the Court has resolved the pending motion to dismiss. *See* Local Rule 26(a)(2), (3) (effective March 1, 2017). Such a stay will help to secure the just, speedy, and inexpensive determination of this action.

|  |  |
|---|---|
| /s/ Lia Ernst<br>ACLU Foundation of Vermont<br>137 Elm Street<br>Montpelier, VT  05602<br>(802) 223-6304<br>lernst@acluvt.org<br><br>*Counsel for Joseph Montagno*<br><br>March 29, 2017 | /s/ Pietro J. Lynn, Esq.<br>/s/ Sean M. Toohey, Esq.<br>Lynn, Lynn, Blackman & Manitsky, P.C.<br>76 St. Paul Street, Suite 400<br>Burlington, VT 05401<br>(802) 860-1500<br>plynn@lynnlawvt.com<br>stoohey@lynnlawvt.com<br><br>*Counsel for City of Burlington*<br><br>March 29, 2017 |